IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANTOS REYES ZAVALA, | : |
|     Petitioner | : |
|     v. | : Case No. 3:26-cv-00212-KAP |
| KRISTI NOEM *et al.*, | : |
|     Respondents | : |

<u>Rule and Order</u>

Petitioner, detained at the Cambria County Prison, submitted a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241.

Within thirty days of service by counsel, respondents, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

DATE: February 23, 2026

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record